15 So.2d 919
## L. P. MOORE v. STATE.
### 7 Div. 757.

Supreme Court of Alabama.

Oct. 7, 1943.

Rehearing Denied Oct. 28, 1943.

McCord & McCord, of Gadsden, for petition.

Wm. N. McQueen, Acting Atty. Gen., opposed.

STAKELY, Justice.

Petition of L. P. Moore for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Moore v. State, 15 So.2d 924.

Writ denied.

All Justices concur.

15 So.2d 920
## Ex parte George H. PROCTOR, Adm'r, d. b. n. Estate of A. W. Woodham, Dec'd.
### 4 Div. 228.

Supreme Court of Alabama.

Nov. 4, 1943.

Powell & Fuller, of Andalusia, for petitioner.

PER CURIAM.

Petition dismissed, motion of petitioner.

15 So.2d 920
## In matter of Warren S. REESE, Jr., an Attorney.
### 3 Div. 357.

Supreme Court of Alabama.

Oct. 7, 1943.

Horace C. Wilkinson, of Birmingham, for appellant.

Jas. W. Aird, of Birmingham, for appellee.

PER CURIAM.

Petition of Warren S. Reese, Jr., to review action of the Board of Commissioners of the State Bar suspending him from the practice of law.

Affirmed.

All Justices concur.

17 So.2d 183
## Ex parte Robert Hiden MUDD, pro aml. et als.
### 6 Div. 216.

Supreme Court of Alabama.

Dec. 28, 1943.

Horace C. Wilkinson, of Birmingham, for petitioners.

PER CURIAM.

Rule nisi denied.

GARDNER, C. J., and BOULDIN, FOSTER, and STAKELY, JJ., concur.

17 So.2d 182
## Ex parte Marguerite W. MUDD et al.
### 6 Div. 213.

Supreme Court of Alabama.

Dec. 28, 1943.

Horace C. Wilkinson, of Birmingham, for petitioners.

Bradley, Baldwin, All & White, of Birmingham, for respondent.

PER CURIAM.

Writ granted.

GARDNER, C. J., and BOULDIN, FOSTER, and STAKELY, JJ., concur.